IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3040 |
| | ) | |
| v. | ) | |
| | ) | SHOWING OF CAUSE FOR |
| ANTHONY STEVEN WRIGHT, | ) | NONDESTRUCTION OF EXHIBITS |
| | ) | |
| Defendant. | ) | |
| | ) | |

The exhibits should not be destroyed because they may become useful in any future proceeding.   The defendant has been sentenced for life in prison.

Dated June 7, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge