IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:01CR3040 |
| v. | ) ) | |
| ANTHONY STEVEN WRIGHT, | ) ) | ORDER SETTING RESPONSE DATE TO MOTION PURSUANT TO 28 C.F.R. § 16.9 |
| Defendant. | ) ) | |

Filing 270, headed "Motion Pursuant to 28 C.F.R. § 16.9" was filed on May 19, 2011. The record does not show that a copy has been provided to the United States of America.

IT IS ORDERED that a copy of the document, "Motion Pursuant to 28 C.F.R. § 16.9," filing 270, shall be provided the United States of America, and the United States of America shall have until July 6, 2011, to respond to that motion.

Dated June 7, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge