IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3040 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY STEVEN WRIGHT, | ) | ORDER ON "SUBPOENA DUCES TECUM |
| | ) | (Fed. R. Civ. P. 45(a))" |
| Defendant. | ) | |
| | ) | |

Before me is the above entitled "Subpoena Duces Tecum (Fed. R. Civ. P. 45(a))," which purports to be presented under the Federal Rules of Civil Procedure, namely, Rule 45(a). There is no "civil action number" as required by Fed. R. Civ. 45(1)(A)(ii), probably because there is no civil action pending. The cited action is a criminal case. What I shall do is have the document filed in the criminal case and the plaintiff, United States of America, shall be invited to respond to it.

IT IS ORDERED that:

1. document titled Subpoena Duces Tecum (Fed. R. Civ. P. 45(a)) shall be filed in the criminal action, United States of America, Plaintiff, v. Anthony Steven Wright, Defendant, Case No. 4:01CR3040 as a request for issuance of a subpoena duces tecum;

2. the plaintiff, United States of America, shall respond to the foregoing document on or before July 29, 2011; and

3. this request shall be assigned to Magistrate Judge Zwart.

Dated July 18, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge