IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3040 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ANTHONY STEVEN WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the clerk of court's discovery of an unfiled document. On Friday, January 25, 2013, the clerk of this court advised me that, on January 24, 2013, a court employee discovered a handwritten document signed by Anthony Steven Wright, in which he asks the court to provide him with "a list of U.S. Courthouse Offices (in Nebraska) of 'Federal Process Agents of Surety Corporations.'" The document bears a file stamp reflecting that it was received by the court on August 8, 2011. Liberally construed, Plaintiff's document is a motion for copies, a motion the court would have denied had the document been properly filed in August 2011.

The court has carefully reviewed the document and will order the clerk's office to file it as a motion for copies as of August 8, 2011. In addition, the court will deny the motion for copies.

IT IS THEREFORE ORDERED that:

1.      The clerk's office is directed to file the above-referenced document as of August 8, 2011.

2.      Plaintiff's motion for copies is denied.

DATED this 5th day of February, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge