IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3040 |
| | ) | |
| V. | ) | |
| | ) | |
| ANTHONY STEVEN WRIGHT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Sirens Media, a television production company, has applied to the Court for an order allowing the inspection, videotaping, photographing and scanning of exhibits in this case. These exhibits may be used as a television documentary-style program to be aired on the Investigation Discovery Channel. The request is limited to materials exhibited in open court and heard by the parties, the public and the media in the courtroom. The documents sought by Sirens Media are those within the present possession of the United States Attorney for the District of Nebraska, and she has requested an order allowing or disallowing release.

    IT IS ORDERED that:

    (1) The Clerk of the Court is directed to send a copy of this order to (a) Sirens Media, in care of Lisa Werner, Research Manager, 8403 Colesville Road, Suite 1600, Silver Spring, Maryland 20910; (b) the defendant at his last known address; and (c) the attorneys who appeared of record in this case.

    (2) Any party who has an objection to the release of this information shall file a response in the court file by the close of business on September 24, 2015.

    (3) My chambers shall bring this matter to my attention on September 25, 2015.

DATED this 14th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge