IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3040 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| ANTHONY STEVEN WRIGHT, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Sirens Media, a television production company, has applied to the Court for an order allowing inspection and copying of exhibits used in the trial of this case. The government has objected. The exhibits Sirens Media seeks are within the possession of the government. Although the Court could order that they be returned to the Clerk of Court *if* legal proceedings required the return of such exhibits, that is not the case here. For the reasons forcefully articulated in the government's objection (filing no. 297), and because the Court no longer has possession of the exhibits,

    IT IS ORDERED that the request of Sirens Media is denied.[1] The Clerk of Court is directed to send a copy of this order to (a) Sirens Media, in care of Lisa Werner, Research Manager, 8403 Colesville Road, Suite 1600, Silver Spring, Maryland 20910; (b) the defendant at his last known address; and (c) the attorneys who appeared of record in this case.

    DATED this 25th day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] This case garnered national attention when the 17-year-old victim was abducted and sexually assaulted over an extended period of time while she was held by the defendant and a nationwide search for the victim was being conducted. Many of the exhibits sought to be copied for ultimate use in a television program evidence the horror that this young woman went through.