IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3040 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY STEVEN WRIGHT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because I do not understand it, I will deny the defendant's "motion for leave to file a call to the court's attention" (filing no. 301). Of course, the defendant may file a separate § 2255 motion but I hasten to add that I make no determination of whether such a motion would be timely or otherwise barred. Accordingly,

IT IS ORDERED that the defendant's motion (filing no. 301) is denied.

DATED this 6th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge