IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY STEVEN WRIGHT,<br><br>Defendant. | 4:01CR3040<br><br>**ORDER** |

Defendant Anthony Steven Wright has filed a Motion to Appoint Counsel (Filing 305) requesting that counsel be appointed to assist him in filing a motion under the First Step Act.

IT IS ORDERED:

1. Defendant's Motion to Appoint Counsel (Filing 305) is granted;

2. The Federal Public Defender for the District of Nebraska is appointed to represent Defendant Wright regarding filing a motion under the First Step Act;

3. The United States Attorney shall respond to Defendant's request to file a motion under the First Step Act within 30 days of the date of this Order; and

4. The Clerk of Court shall transmit a copy of this Order to the Federal Public Defender and the United States Attorney for the District of Nebraska.

DATED this 24th day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge