IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ANTHONY STEVEN WRIGHT,<br><br>     Defendant. | 4:01CR3040<br><br>**ORDER** |

  IT IS ORDERED that the Government's Motion to Extend the time to file a response, filing no. [312] is granted. Government's response to the Defendant's request to file a motion under the First Step Act is due on or before August 12, 2022.

  Dated this 19th day of July, 2022.

                    BY THE COURT:

                    *Richard G. Kopf*

                    Richard G. Kopf
                    Senior United States District Judge