IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:01-CR-3040 |
| vs. | ORDER |
| ANTHONY STEVEN WRIGHT, | |
| Defendant. | |

The defendant has filed a "Sworn Affidavit in Support of Motion for Appointment of Counsel" (filing 346), apparently in support of a request for appointed counsel to pursue relief under the First Step Act and U.S.S.G. Amend. 821, based on an alleged "gross disparity in his sentence." It is not clear whether this filing is itself meant to be a motion to appoint counsel. Nonetheless, to the extent that the filing is intended to be a motion to appoint counsel, for the reasons stated in filing 328,

IT IS ORDERED that the defendant's motion to appoint counsel (filing 346) is denied.

Dated this 30th day of January, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge