IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:01-CR-3040 |
| vs. | ORDER |
| ANTHONY STEVEN WRIGHT, | |
| Defendant. | |

The defendant has filed an "Emergency Notice" (filing 351) that the Court understands to be moving for a reduced sentence. For the reasons stated in filing 328,

IT IS ORDERED that the defendant's motion to reduce sentence (filing 351) is denied.

Dated this 20th day of February, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge