IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:01-CR-3040 |
| vs. | ORDER |
| ANTHONY STEVEN WRIGHT, | |
| Defendant. | |

The defendant has filed an objection (filing 353) to what he believes was the appointment of his former CJA counsel to represent him with respect to a potential reduction of sentence based on retroactive application of U.S.S.G. § Amend. 821. But the defendant's belief is mistaken. Pursuant to Gen. Order 349, the Federal Public Defender's office has been appointed to determine whether the defendant is eligible for a sentence reduction pursuant to Amend. 821, and pursue any motion for relief. The defendant's former CJA counsel is not employed by the Federal Public Defender, so the defendant's dissatisfaction with his former counsel has been mooted by appointment of the Federal Public Defender to represent him on this issue.

IT IS ORDERED that the defendant's objection (filing 353) is overruled as moot.

Dated this 28th day of February, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge