IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:01-CR-3040 |
| vs. | ORDER |
| ANTHONY STEVEN WRIGHT, | |
| Defendant. | |

The defendant has filed an objection (filing 358) that the Court understands to be a motion to remove his appointed counsel. The Federal Public Defender, although appointed (filing 349), is recused due to a conflict of interest. *See* filing 105; filing 109-13 at 65. And the defendant is dissatisfied with his CJA counsel. Filing 358.

The Sixth Amendment guarantees the right to proceed without counsel. *See Faretta v. California,* 422 U.S. 806, 819 (1975). It does not, however, guarantee a right to counsel in postconviction proceedings. *See Pennsylvania v. Finley,* 481 U.S. 551, 555 (1987); *see also Martinez v. Ryan,* 566 U.S. 1, 16-17 (2012). Under these circumstances, the Court will grant the defendant's request to relieve his appointed counsel. The Court will not appoint new counsel absent a showing of circumstances requiring representation.

IT IS ORDERED:

1. The defendant's request to relieve his appointed counsel (filing 358) is granted.

- 2 -

2. The Federal Public Defender is withdrawn as counsel, and the Clerk of the Court is directed to so note on the Court's docket.

3. CJA Counsel Joy Shiffermiller is withdrawn as counsel, and the Clerk of the Court is directed to so note on the Court's docket.

Dated this 2nd day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge