## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:01-CR-3040 |
| vs. | ORDER |
| ANTHONY STEVEN WRIGHT, | |
| Defendant. | |

For the reasons stated in filing 370,

IT IS ORDERED:

1.   The defendant's motion to appoint counsel (filing 371) is denied.

2.   The defendant's "emergency motion for court-appointed counsel and change of venue" (filing 372) is denied.

3.   The defendant's "motion to strike" (filing 373) is denied.

Dated this 17th day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge