IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:01-CR-3040 |
| vs. | ORDER |
| ANTHONY STEVEN WRIGHT, | |
| Defendant. | |

For the reasons stated in filing 370,

IT IS ORDERED that the defendant's motion to appoint counsel (filing 376) is denied.

Dated this 29th day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge