IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:01-CR-3040 |
| vs. | ORDER |
| ANTHONY STEVEN WRIGHT, | |
| Defendant. | |

IT IS ORDERED:

1. The defendant's motion to be resentenced (filing 381) is denied for the reasons stated in the Court's Memorandum and Order of April 15, 2024 (filing 370).

2. The defendant's motion to appoint appellate counsel (filing 383) is denied without prejudice to reassertion before the U.S. Court of Appeals for the Eighth Circuit.

3. The defendant is entitled to proceed on appeal in forma pauperis without further authorization pursuant to Fed. R. App. P. 24(a)(3).

Dated this 13th day of May, 2024.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge