IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF NEBRASKA OMAHA DIVISION

UNITED STATES OF AMERICA,
            PLAINTIFF/RESPONDENT,            Criminal Case No.
                                             4:01-CR-03040
    VS.

ANTHONY STEVEN WRIGHT,              "Request For A
[Pro Se]   DEFENDANT/MOVANT         Nunc Pro Tunc Court
                                         order"

        Comes now, Defendant, Anthony S. Wright, in Pro
Se, and in good faith with said, "request for a nunc
Pro Tunc Court order" for the following facts, set out
below, to wit:
        1. Pursuant to "Bowe V. U.S. 223 L.Ed. 2d 311
U.S. 2026, Federal inmates are allowed to File a
Second 28 USC § 2255 for relief. However, there is
a 1-year deadline to file it from the Bowe decision.
        2. Movant has a pending writ of Habeas corpus in
Anoka County MN seeking Post conviction relief, and
needs a final decision to use to file the Bowe
2255 (a)-through-(h); also, movant has Pending PCR's
"Post conviction Relief" (another name for Habeas Corpus)
Pending in Floyd county and Chickasaw county Iowa,
also awaiting final decisions, and the times for
these pending outcomes may Pass the 1-year deadline
to file a § 2255 second under said Bowe case.
        3. Movant is unable to take action in filing a
second 2255 without said State court decisions
finalized. Movant may exceed the 1-year time line to
file said Second 2255 and be "out-of-time"
        4. I need the court to accept this notice and
request now-for-later, and when my second 2255
is filed it will be retroactive, if permitted, the
Court will file the Second 2255 under Bowe
nunc Pro tunc and, thus, render said second 2255
timely filed.

                    1  OF  2

Relief Requested

A. That the Court, having original jurisdiction, file an out-of-time second 2255 under Bowe for movant after his final court decisions stated above are exhausted, and that this Honorable court file said second 2255 nunc pro tunc, thus, render the second 2255 timely, pursuant to this notice and request.

B. Movant further requests, that this court tell him what Anoka county Minnesota criminal case number it used against him for criminal history points, and how many criminal history points were given for the Anoka cases.

PRAYER FOR RELIEF

Movant most humbly prays that this most Honorable court grant him said requested relief.

Done this 3rd day of August, 2026 A.D.

Pro Se Defendant

/S/ A. Wright

Anthony Steven Wright 06748-046
U.S. Penitentiary AD MAX
P.O. Box 8500
Florence, Colorado 81226-8500

2 of 2

Cover Letter

To Clerk of Court U.S.D.C.                    08/03/2026
     Roman L. Hruska U.S. Courthouse
     111 South 18th Plaza, Ste 1152
     Omaha, Nebraska 68102-1322


From   Anthony Steven Wright 06748-046
       U.S. Penitentary AD MAX
       P. O. Box 8500
       Florence, Colorado 81226-8500

Re: USA VS. WRIGHT case No. 4:01-CR-03040

              Clerk Instructions (Respectfully):

1. Please stamp filed the attached two-page
document titled, "Request for a Nunc Pro
Tunc Court order", and file it.
2. Please acknowledge this important filing to me.
3. Please update how much restitution I owe
today.
4. Please send me a 28 USC 2255 motion
For your court, and informa Pauperis if
needed for it.

              Very respectfully submitted,
              A. Wright
08/03/2026


RECEIVED
AUG 1 0 2026
CLERK
U.S. DISTRICT COURT

4:01-cr-03040-JMG    Doc # 409    Filed: 08/10/26    Page 4 of 5 - Page ID # 3980

Anthony Steven Wright 06748-046
U.S. Penitentracy AD MAX
P.O. Box B500
Florence, Colorado 81226-8500

Legal Mail

DENVER CO 802

6 AUG 2026 PM 7 L

Office of The Clerk
United States District courthouse
Roman L. Hruska u.s. Courthouse
111 South 18th Plaza, Suite 1152
Omaha, Nebraska
                    68102-1322

RECEIVED
AUG 10 2026
CLERK
U.S. DISTRICT COURT

68102-132277

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: _____ AUG 0 4 2026 _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.